United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMBER CREEK CASUALTY INSURANCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00081 |
| | § | |
| MIRIAM J. CASTILLO TRANSPORT, LLC, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | | |

**ORDER ADOPTING MEMORANDUM & RECOMMENDATION**

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 23). The M&R recommends that the Court:

- Grant in part and deny in part Plaintiff's motion for default judgment, (D.E. 21);
- Dismiss Plaintiff's MCS-90 endorsement claim without prejudice for lack of subject matter jurisdiction, (D.E. 1); and
- Declare that Plaintiff is not required to defend or indemnify Miriam J. Castillo Transport in the underlying suit based on the terms of policy number TCC-TX00098157.

(D.E. 23, p. 14–15).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 23). Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiff's motion for default judgment. (D.E. 21). The Court **DISMISSES without prejudice** Plaintiff's MCS-90 endorsement claim and **DECLARES** that Plaintiff is not required to defend or indemnify Miriam J. Castillo Transport in the underlying suit based on the terms of policy number TCC-TX00098157. The Court will enter a final judgment separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
September 30th, 2026